**Order entered September 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00706-CV**

**TRANG PHAN, Appellant**

**V.**

**SARIKA THARAKAN, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01861-2020**

**ORDER**

Before the Court is appellant's September 1, 2021 motion to extend the time to file the clerk's and reporter's records which are currently due September 17. We **GRANT** the motion and extend the time to Monday, October 18, 2021.

/s/   KEN MOLBERG
      JUSTICE